## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 13–891 DSF (RZx) CV 13–4742 DSF (RZx) | Date | 8/12/13 |
|---|---|---|---|

| Title | Marco Rodriguez v. Old Dominion Freight Line, Inc. |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order GRANTING Defendant's Motion to Consolidate Cases (Docket No. 36)

    The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7–15.  The hearing set for August 19, 2013 is removed from the Court's calendar.

    Defendant Old Dominion Freight Line, Inc. (ODFL) moves to consolidate Marco Rodriguez v. Old Dominion Freight Line, Inc., et al, CV 13–891 DSF (RZx) with Allan Turnage v. Old Dominion Freight Line, Inc., CV 13–4742 DSF (RZx).  Neither Plaintiff opposes consolidation.  (CV 13–891, Docket No. 37; CV 13–4742, Docket No. 42.)

    In considering the agreement of all parties that the cases should be consolidated and "weigh[ing] the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause," Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984), the Court finds that consolidation of both cases for all purposes is appropriate under Federal Rule of Civil Procedure 42(a).

    The cases are consolidated for all purposes into one action (Consolidated Action). This Order applies to the Consolidated Action and any other actions that the Court may later deem to be related actions (whether based on a stipulation, the motion of a party, or its own motion).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

All parties to the Consolidated Action shall file all documents in the low-numbered action, <u>Rodriguez v. Old Dominion Freight Line., Inc., et al.</u>, CV 13–891 DSF (RZx). <u>Turnage v. Old Dominion Freight Line, Inc.</u>, CV 13–4742 DSF (RZx) shall be administratively closed.  This Order shall be filed in both actions.  No further filings should be made in the administratively closed action.

The pleadings previously served and filed in <u>Rodriguez v. Old Dominion Freight Line, Inc., et al.</u>, CV 13–891 DSF (RZx) shall serve as the original pleadings in the Consolidated Action.

No later than ten court days after this Order issues, Plaintiffs shall file a single Consolidated Complaint that shall supersede the complaints in each of the actions.  The parties are required to file the Consolidated Complaint manually pursuant to Local Rule 3–2.

ODFL's pending motion to dismiss in <u>Turnage</u> is DENIED without prejudice.  In preparing the Consolidated Complaint, Plaintiffs are to consider carefully the issues raised in ODFL's pending motion to dismiss, to avoid unnecessary motion practice.  If appropriate ODFL may file its motion to dismiss the Consolidated Complaint within the statutory time.  ODFL need not conduct the Local Rule 7–3 conference in connection with the refiled motion to dismiss, unless the motion raises issues not contained in the previous filing.

Any motion papers, discovery devices or proceedings, and Orders previously served or entered, whether by a party or by the Court, in the Actions shall be deemed to have been made in the Consolidated Action.

Every pleading filed in the Consolidated Action shall be filed in <u>Rodriguez v. Old Dominion Freight Line, Inc., et al.</u>, CV 13–891 DSF (RZx) only, and shall list both case numbers as being consolidated.  The parties may state in the caption "and consolidated case."

IT IS SO ORDERED.