1  GRAHAM**HOLLIS** APC
   Graham S.P. Hollis (SBN 120577)
2  ghollis@graham**hollis**.com
   Brian R. Short (SBN 236140)
3  bshort@graham**hollis**.com
   3555 Fifth Avenue
4  San Diego, California  92103
   Telephone: 619.692.0800
5  Facsimile: 619.692.0822

6  Attorneys for Plaintiff Allan Turnage

7  [*Additional counsel listed on following page*]

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RODRIGUEZ and ALLAN TURNAGE, each individually and on behalf of All Similarly Situated Current and Former Employees of Defendant,<br><br>Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., and DOES 1-25, Inclusive,<br><br>Defendant. | Lead Case No. 13-cv-000891 DSF (RZx)<br>Consolidated with Case No. 13-cv-4742 DSF (RZx)<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**<br><br>Date:              September 29, 2014<br>Time:              1:30 am<br>Ct. Room:       840<br>Judge:             Hon. Dale Fischer<br>Magistrate Judge: Hon. Ralph Zarefsky<br><br>Case Transferred: July 3, 2013<br>USDC- Northern Case No.: 13-cv-1409 PJH<br>Case Removed: March 29, 2013<br>Alameda Super. Ct. Case No.: HG13664322<br>Complaint Filed: January 22, 2013<br>Trial Date: None set |

///
///
///
///

NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL

LAW OFFICES OF CARLIN & BUCHSBAUM LLP
GARY R. CARLIN, CSBN: 44945
*gary@carlinbuchsbaum.com*
BRENT S. BUCHSBAUM, CSBN: 194816
*brent@carlinbuchsbaum.com*
LAUREL N. HAAG, CSBN: 211279
*laurel@carlinbuchsbaum.com*
SANG J. PARK, CSBN: 232956
*sang@carlinbuchsbaum.com*
555 East Ocean Boulevard, Suite 818
Long Beach, California 90802
Telephone: (562) 432-8933
Fax: (562) 435-1656

Attorneys for Plaintiff Marco Rodriguez

**TO THE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 29, 2014 at 1:30 p.m. in Courtroom 840 at the United States District Court for the Central District of California –Edward Roybal United States Court House located at 255 E. Temple Street, Los Angeles CA 90012. Plaintiffs Marco Rodriguez and Allan Turnage ("Plaintiffs") will, and hereby do move this Court, for entry of the proposed Order submitted herewith for: (1) granting of the Stipulation to file the Third Amended Complaint submitted in conjunction with the Settlement Agreement; (2) provisional certification of the settlement class; (3) preliminary approval the class action settlement; (4) approval of the notice and notice plan; (5) appointment of Class Counsel and Class Representative; and (6) setting a final approval hearing. Plaintiffs MARCO RODRIGUEZ and ALLAN TURNAGE and Defendant OLD DOMINION FREIGHT LINE, INC. have reached a class action settlement and now seek preliminary approval from this Court pursuant to Federal Rule of Civil Procedure 23. The class action settlement is the product of serious, informed non-collusive negotiations, and it benefits approximately 576 current and former California employees of Old Dominion Freight Line, Inc. The class action settlement is fair and falls well within the range of reasonableness, and if approved, will provide a significant monetary recovery to the settlement class members. This motion is unopposed and Defendant will not file a separate opposition brief.

This Motion is supported by the following documents filed concurrently herewith: Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for Preliminary Approval; the Declaration of Graham S.P. Hollis, Esq. and the Exhibits attached thereto, including the Stipulation of Settlement and Release, the Class Notice and the Claim Form; the Declaration of Allan Turnage; the Declaration of Gary R. Carlin; the Declaration of Marco Rodriguez; the pleadings, records and files in this action, and such other evidence and arguments as may be presented to this Court either prior to or at the hearing on this matter, and such other matters as the Court may consider.

Respectfully submitted,

Dated: August 28, 2014			GRAHAMHOLLIS APC

				By:	/s/ Brian R. Short
					GRAHAM S.P. HOLLIS
					Email: ghollis@grahamhollis.com
					BRIAN SHORT
					Email: bshort@grahamhollis.com
					Attorneys for Plaintiff