1  **McGuireWoods LLP**
   Matthew C. Kane, Esq. (SBN 171829)
2       Email: mkane@mcguirewoods.com
   Sabrina A. Beldner, Esq. (SBN 221918)
3       Email: sbeldner@mcguirewoods.com
   Bethany A. Pelliconi, Esq. (SBN 182920)
4       Email: bpelliconi@mcguirewoods.com
   Sylvia J. Kim, Esq. (SBN 258363)
5       Email:  skim@mcguirewoods.com
   1800 Century Park East, 8th Floor
6  Los Angeles, California 90067
   Telephone:  (310) 315-8200
7  Facsimile:   (310) 315-8210

8  Attorneys for Defendant
   OLD DOMINION FREIGHT LINE, INC.
9

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO RODRIGUEZ and ALLAN TURNAGE, each of them individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; and DOES 1 through 250, inclusive,<br><br>          Defendants. | LEAD CASE NO.: CV13-891 DSF (RZx)<br><br>CONSOLIDATED CASE NO.: CV13-4742 DSF (RZx)<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** |

59946610.1

NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT,
28 U.S.C. § 1715

**NOTICE IS HEREBY GIVEN** that, on August 29, 2014, a proposed class action settlement was filed in the United States District Court, Central District of California, in the above-captioned action. The class action claims are alleged by and on behalf of California residents under the California labor laws. Defendant Old Dominion Freight Line, Inc. provides this notice and the attached documents pursuant to 28 U.S.C. § 1715(b). Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Notice of Motion and Plaintiffs' Unopposed Motion for Preliminary Approval (Dkt. #97 and #97-1), including the Declaration of Graham S.P. Hollis in Support Thereof (Dkt. #97-2) and Exhibits Thereto (Dkt. #97-2 at pp. 17- 94), the Declaration of Gary R. Carlin in Support Thereof (Dkt. #97-3), the Declaration of Allan Turnage in Support Thereof (Dkt. #97-4), the Declaration of Marco Rodriguez in Support Thereof (Dkt. #97-5), and the Proposed Order Thereon (Dkt. #97-6). The operative Second Amended Class Action Complaint is attached hereto as Exhibit 2, and the proposed Third Amended Class Action Complaint is Exhibit 1 to Exhibit A attached to the aforementioned Declaration of Graham S.P. Hollis (Dkt #97-2 at pp. 52-81).

**PLEASE TAKE FURTHER NOTICE** that all previous and future filings in the above-captioned action are or will be available through the Internet on the Court's CM/ECF system using a PACER account – *see* https://ecf.cand.uscourts.gov/cgi-bin/login.pl and https://www.pacer.gov/psco/cgi-bin/regform.pl.

**PLEASE TAKE FURTHER NOTICE** that all of the class members were or are residents of California at all times relevant to the class action claims being settled.

**PLEASE TAKE FURTHER NOTICE** that the preliminary approval hearing on the proposed class action settlement is set for September 29, 2014 at 1:30 p.m. in

1  Courtroom 840 of the United States District Court for the Central District of
2  California, located at 255 E. Temple Street, Los Angeles, California 90012.

4  DATED: September 2, 2014        **MCGUIREWOODS LLP**

                                    By: _____
                                        Matthew C. Kane, Esq.
                                        Sabrina A. Beldner, Esq.
                                        Bethany A. Pelliconi, Esq.
                                        Sylvia J. Kim, Esq.

                                    Attorneys for Defendant
                                    OLD DOMINION FREIGHT LINE. INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067. On September 2, 2014, I served the following document(s) described as: **NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I caused to be delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 2, 2014, at Los Angeles, CA.

_____
Matthew C. Kane

57300328.1

1

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

# SERVICE LIST

The Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
110 West "A" Street, Suite 1100
San Diego, CA 92186-5266

California Labor & Workforce Development Agency
Department of Industrial Relations
Division of Labor Standards Enforcement
San Francisco Headquarters
455 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102